UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. OLIVEIRA,<br><br>　　　　　　Defendant. | Case No.: 1:19-cv-00417 JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 21 DAYS |

Plaintiff has not paid the $400.00 filing fee or applied to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

**Within 21 days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　　Dated: __**April 5, 2019**__　　　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE