UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>                Plaintiff,<br><br>    v.<br><br>M. OLIVEIRA,<br><br>                Defendant. | Case No.: 1:19-cv-00417-JLT (PC)<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT OR A NOTICE OF VOLUNTARY DISMISSAL**<br><br>21-DAY DEADLINE |

On January 10, 2020, the Court screened Plaintiff's complaint and found that it fails to state a claim on which relief can be granted. (Doc. 10.) The Court granted leave to amend (*id.*), and Plaintiff filed a first amended complaint on January 23, 2020. (Doc. 11). On February 7, the Court screened Plaintiff's first amended complaint and found that it again fails to state a cognizable claim for relief. (Doc. 12.) The Court granted Plaintiff <u>one final opportunity</u> to amend. (*Id.*)

On March 2, 2020, Plaintiff appealed the Court's screening order. (*See* Doc. 13.) On March 30, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal because the screening order was not a final or appealable order. (Doc. 16.) As stated above, the Court had granted Plaintiff leave to amend his complaint. (Doc. 12.) Accordingly, the Court **ORDERS**:

    1. **<u>Within 21 days</u>** from the date of service of this order, Plaintiff shall file a second amended complaint curing the deficiencies identified in the Court's second

screening order (Doc. 12) or, alternatively, a notice of voluntary dismissal;

2. The Clerk's Office shall send Plaintiff a civil rights complaint form.

**<u>If Plaintiff fails to comply with this order, the Court will recommend that this action be dismissed for failure to state a claim and failure to obey a court order</u>**.

IT IS SO ORDERED.

Dated: __**March 31, 2020**__                    _____/s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE